249 So.2d 860

**Gus J. PROSCH, Jr.**

**v.**

**Elizabeth Holder PROSCH.**

**Ex Parte Elizabeth Holder PROSCH.**

**8 Div. 431.**

Supreme Court of Alabama.

June 17, 1971.

Thomas & Proctor, and H. T. Foster, Scottsboro, for petitioner.

Traylor, Baker & Cole, Randall L. Cole, Fort Payne, opposed.

COLEMAN, Justice.

Petition of Elizabeth Holder Prosch for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision in Prosch v. Prosch, 47 Ala.App. 33, 249 So.2d 855.

Writ denied.

HEFLIN, C. J. and SIMPSON, BLOODWORTH and McCALL, JJ., concur.

249 So.2d 861

**Gus J. PROSCH, Jr.**

**v.**

**Elizabeth Holder PROSCH.**

**Ex Parte Gus J. PROSCH, Jr.**

**8 Div. 431–A.**

Supreme Court of Alabama.

June 17, 1971.

Randall L. Cole, Traylor, Baker & Cole, Fort Payne, for petitioner.

Thomas & Proctor, Scottsboro, and H. T. Foster, Scottsboro, opposed.

COLEMAN, Justice.

Petition of Gus J. Prosch, Jr., for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Prosch v. Prosch, 47 Ala. App. 33, 249 So.2d 855.

Writ denied.

HEFLIN, C. J. and SIMPSON, BLOODWORTH and McCALL, JJ., concur.